(March 5, 2003)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN P. SCARING, on Behalf of RICHARD KARPF, Petitioner, v WARDEN, NASSAU COUNTY CORRECTIONAL CENTER, Respondent. [755 NYS2d 885] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Indictment No. 348N-03.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County Indictment No. 348N-03 to the sum of $1,000,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Ritter, J.P., Santucci, Feuerstein and Schmidt, JJ., concur.